ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

TIMOTHY VISSER
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-8175
Email: timothy.visser@usdoj.gov

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 24 2019
at 1 o'clock and 09 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR19 00139 LEK

| UNITED STATES OF AMERICA, | ) | CR. NO. |
| --- | --- | --- |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | |
| | ) | [18 U.S.C. § 4] |
| REGINALD RAMONES, | ) | |
| Defendant. | ) | |

## INFORMATION

The U.S. Attorney charges:

### Misprision of Felony
### (18 U.S.C. § 4)

From January 28, 2018, through April 2019, within the District of Hawaii, REGINALD RAMONES, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, did conceal the felony's commission by failing to notify law enforcement of the felony, and did not as soon as possible make the felony known to some judge or other person in authority under the United States. Specifically, RAMONES knew that a fellow Honolulu Police Department officer had committed a felony cognizable by a federal court when that fellow officer violated Title 18, United States Code, Section 1512(b)(3) by corruptly persuading and attempting to corruptly persuade RAMONES with the intent to hinder, delay, and prevent the communication to a federal law enforcement officer of information relating to the commission and possible commission of a federal criminal civil rights violation. Despite this

//

//

//

//

//

knowledge, RAMONES failed to notify law enforcement of the fellow officer's violation of Section 1512 and did not as soon as possible make that violation known to a person in authority under the United States.

All in violation of Title 18, United States Code, Section 4.

DATED: _____SEP 2 4 2019_____, at Honolulu, Hawaii.

_____
KENJI M. PRICE
United States Attorney

_____
THOMAS J. BRADY
Assistant United States Attorney

_____
TIMOTHY VISSER
Trial Attorney

United States v. Reginald Ramones
Information
Cr. No. _____

3