ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 24 2019
at 1 o'clock and 09 min. P M
SUE BEITIA, CLERK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

TIMOTHY VISSER
Trial Attorney
U.S. Department of Justice
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 353-8175
Email: timothy.visser@usdoj.gov

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR19 00139 LEK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| ) | |
| Plaintiff, ) | NOTICE REGARDING |
| ) | EARLIER CHARGES FILED |
| vs. ) | AGAINST DEFENDANT |
| ) | |
| REGINALD RAMONES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE REGARDING EARLIER CHARGES FILED AGAINST DEFENDANT

The United States Attorney's Office notifies the United States District Court for the District of Hawaii that the United States Attorney's Office is now filing or has, within the last 14 days, filed an Information that names as a defendant previously charged in a different Information or Indictment filed in this Court.

NAME OF DEFENDANT: <u>REGINALD RAMONES</u>

CASE NUMBER(S) IN WHICH DEFENDANT WAS PREVIOUSLY CHARGED IN THIS DISTRICT: <u>Cr. No. 19-00040 LEK</u>

STATUS OF DEFENDANT (check as appropriate):

- ☐ Prior Case(s) Closed and No Supervision Ongoing
- ☐ Defendant Now Serving Custody Sentence in Prior Case(s)
- ☐ Defendant on Supervised Release or Probation
- ☒ Prior Case(s) Still Ongoing
- ☐ Other (please explain; e.g., Defendant now a fugitive)

---

DATED: September 24, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By _/s/ Thomas J. Brady_
THOMAS J. BRADY
TIMOTHY VISSER
Assistant U.S. Attorneys