# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CR-00139-LEK |
| CASE NAME: | USA v. (02)Reginald Ramones |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | Lynn E. Panagakos |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 9/25/2019 | TIME: | 2:00pm-2:30pm |

COURT ACTION:  EP:  Waiver of Indictment; and Arraignment and Plea of Guilty to the Information as to defendant (02)Reginald Ramones-

Defendant (02)Reginald Ramones present, not in custody.

Defendant sworn, questioned by the Court. Waiver of Indictment signatures verified and filed. **Memorandum of Plea Agreement** signatures verified and filed, acceptance deferred until after review of the presentence report. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Government stated the maximum and minimum penalties provided by law.

Defendant advised of his rights, including his right to trial by jury, etc.

Government stated the essential elements of the crimes as charged.

Government summarized the evidence it would present if the case went to trial.

Guilty plea to Count 1 of the Felony Information. After the sentencing, Counts 1 and 2 of the Indictment will be dismissed in 1:19-cr-00040-LEK-2.

Court accepts the guilty plea, and the defendant is adjudged guilty.

Referred for presentence investigation and report, and sentencing is set for 2/6/2020 at 3:30 p.m. before the Honorable Leslie E. Kobayashi.

**Trial date and all deadlines as to this defendant only have been Vacated.**

Defendant's current conditions of release to continue


Submitted by: Theresa Lam, Courtroom Manager